# FILED

02/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0409

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 21-0409

STATE OF MONTANA,

      Respondent and Appellee,

  v.

STEVEN WAYNE KEEFE,

      Petitioner and Appellant.

_____

**[PROPOSED] ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

_____

In light of Petitioner/Appellant's unopposed motion and declaration in support, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Appellant is granted an extension of time to and including March 16, 2022, within which to prepare, serve, and file his reply brief. No further extension will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 24 2022